Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff Daniel R. Stanton*
*individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel R. Stanton, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Patient Account Service Center, LLC,<br><br>Defendant. | Case No. 2:16-cv-02342-APG-CWH<br><br>**STIPULATION OF DISMISSAL OF PATIENT ACCOUNT SERVICE CENTER, LLC**<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Daniel R. Stanton ("Plaintiff") and Defendant Patient Account Service Center, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's individual claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 31st day of January 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

By: /s/ Kurt R. Bonds
Kurt R. Bonds, Esq.
Trevor R. Waite, Esq.
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendant*
*Patient Account Service Center, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 31, 2018.